David W. AULTMAN, deceased by Daleri AULTMAN, Respondent,

v.

SEARCH RESOURCES, INC. and GAN North American Insurance Company, Relators,

and

Rajala Timber Company and Lumbermen's Underwriting Alliance, Respondents.

No. C1–97–2302.

Supreme Court of Minnesota.

Feb. 26, 1998.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed November 18, 1997, be, and the same is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subdivision 1(b).

BY THE COURT:

/s/ Edward C. Stringer
Edward C. Stringer
Associate Justice